IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV, | 1:09-cv-01369-GBC (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS |
| vs. | |
| DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | RESPONSE DUE IN 10 DAYS |
| Defendants. | |

_____/

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by George E. Jacobs, IV, a state prisoner proceeding pro se and in forma pauperis. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendants Echeverria an Osunde have now appeared in the action. Therefore, Defendants shall notify the Court within **ten (10) days** from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction. Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send to Defendants Echeverria and Osunde another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

///

///

2. Within 10 days from the date of service of this order, Defendants Echeverria and Osunde shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated:   November 17, 2010

UNITED STATES MAGISTRATE JUDGE